

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2015

No. 04-13-00548-CR

Nicolas C. **FLORES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 355026
The Honorable Liza Rodriguez, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Patricia O. Alvarez, Justice

Appellant Flores' motion for rehearing was due to be filed on January 7, 2015. On January 8, 2015, Appellant filed a motion for extension of time requested an extension of twenty days. Appellant's motion is GRANTED. Appellant's motion for rehearing is due to be filed no later than January 26, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2015.

_____
Keith E. Hottle
Clerk of Court